**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>    Centric-BCBG Retail LLC,<br><br>                                   Debtor.<br><br>Tax I.D. No. 82-2294915 | Chapter 11<br><br>Case No. 20-22636 (SHL) |
| In re:<br><br>    Centric Brands Inc.,<br><br>                                   Debtor.<br><br>Tax I.D. No. 11-2928178 | Chapter 11<br><br>Case No. 20-22637 (SHL) |
| In re:<br><br>    Added Extras LLC,<br><br>                                   Debtor.<br><br>Tax I.D. No. 80-0795851 | Chapter 11<br><br>Case No. 20-22638 (SHL) |
| In re:<br><br>    American Marketing Enterprises Inc.,<br><br>                                   Debtor.<br><br>Tax I.D. No. 13-3709672 | Chapter 11<br><br>Case No. 20-22639 (SHL) |
| In re:<br><br>    Briefly Stated Holdings, Inc.,<br><br>                                   Debtor.<br><br>Tax I.D. No. 04-3629890 | Chapter 11<br><br>Case No. 20-22640 (SHL) |

| | |
|---|---|
| In re:<br><br>　　　Briefly Stated Inc.,<br><br>　　　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 11-2906765 | Chapter 11<br><br>Case No. 20-22641 (SHL) |
| In re:<br><br>　　　Centric Bebe LLC,<br><br>　　　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 36-4912263 | Chapter 11<br><br>Case No. 20-22644 (SHL) |
| In re:<br><br>　　　Centric Brands Holding LLC,<br><br>　　　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 83-1363107 | Chapter 11<br><br>Case No. 20-22645 (SHL) |
| In re:<br><br>　　　DBG Holdings Subsidiary Inc.,<br><br>　　　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 95-4874795 | Chapter 11<br><br>Case No. 20-22652 (SHL) |
| In re:<br><br>　　　DBG Subsidiary Inc.,<br><br>　　　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 95-4846315 | Chapter 11<br><br>Case No. 20-22653 (SHL) |

| | |
|---|---|
| In re:<br><br>　　　DFBG Swims, LLC,<br><br>　　　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 81-3228035 | Chapter 11<br><br>Case No. 20-22654 (SHL) |
| In re:<br><br>　　　F&T Apparel LLC,<br><br>　　　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 45-2809183 | Chapter 11<br><br>Case No. 20-22655 (SHL) |
| In re:<br><br>　　　Centric Accessories Group LLC,<br><br>　　　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 27-3063904 | Chapter 11<br><br>Case No. 20-22642 (SHL) |
| In re:<br><br>　　　Centric Beauty LLC,<br><br>　　　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 90-0868044 | Chapter 11<br><br>Case No. 20-22643 (SHL) |
| In re:<br><br>　　　Centric Denim Retail LLC,<br><br>　　　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 81-1681013 | Chapter 11<br><br>Case No. 20-22646 (SHL) |

| | |
|---|---|
| In re:<br><br>    Centric Denim USA, LLC,<br><br>                                  Debtor.<br><br>Tax I.D. No. 47-5309608 | Chapter 11<br><br>Case No. 20-22647 (SHL) |
| In re:<br><br>    Centric Jewelry Inc.,<br><br>                                  Debtor.<br><br>Tax I.D. No. 45-4066431 | Chapter 11<br><br>Case No. 20-22648 (SHL) |
| In re:<br><br>    Centric Socks LLC,<br><br>                                  Debtor.<br><br>Tax I.D. No. 47-5492887 | Chapter 11<br><br>Case No. 20-22649 (SHL) |
| In re:<br><br>    Centric West LLC,<br><br>                                  Debtor.<br><br>Tax I.D. No. 47-5183064 | Chapter 11<br><br>Case No. 20-22650 (SHL) |
| In re:<br><br>    Centric-BCBG LLC,<br><br>                                  Debtor.<br><br>Tax I.D. No. 82-2285700 | Chapter 11<br><br>Case No. 20-22651 (SHL) |

| | |
|---|---|
| In re:<br><br>　　　HC Acquisition Holdings, Inc.,<br><br>　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 26-4634381 | Chapter 11<br><br>Case No. 20-22656 (SHL) |
| In re:<br><br>　　　Hudson Clothing, LLC,<br><br>　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 20-3082491 | Chapter 11<br><br>Case No. 20-22658 (SHL) |
| In re:<br><br>　　　Hudson Clothing Holdings, Inc.,<br><br>　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 26-4634298 | Chapter 11<br><br>Case No. 20-22657 (SHL) |
| In re:<br><br>　　　Innovo West Sales, Inc.,<br><br>　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 76-0198471 | Chapter 11<br><br>Case No. 20-22659 (SHL) |
| In re:<br><br>　　　KHQ Athletics LLC,<br><br>　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 47-5647413 | Chapter 11<br><br>Case No. 20-22660 (SHL) |

| | |
|---|---|
| In re:<br><br>　　KHQ Investment LLC,<br><br>　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 27-1130014 | Chapter 11<br><br>Case No. 20-22661 (SHL) |
| In re:<br><br>　　Lotta Luv Beauty LLC,<br><br>　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 38-3880202 | Chapter 11<br><br>Case No. 20-22662 (SHL) |
| In re:<br><br>　　Marco Brunelli IP, LLC,<br><br>　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 80-0930227 | Chapter 11<br><br>Case No. 20-22663 (SHL) |
| In re:<br><br>　　RG Parent LLC,<br><br>　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 45-2484002 | Chapter 11<br><br>Case No. 20-22664 (SHL) |
| In re:<br><br>　　RGH Group LLC,<br><br>　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 27-4159853 | Chapter 11<br><br>Case No. 20-22665 (SHL) |

| | |
|---|---|
| In re:<br><br>    Robert Graham Designs, LLC,<br><br>                           Debtor.<br><br>Tax I.D. No. 20-2961207 | Chapter 11<br><br>Case No. 20-22666 (SHL) |
| In re:<br><br>    Robert Graham Holdings, LLC,<br><br>                           Debtor.<br><br>Tax I.D. No. 20-4140213 | Chapter 11<br><br>Case No. 20-22667 (SHL) |
| In re:<br><br>    Robert Graham Retail LLC,<br><br>                            Debtor.<br><br>Tax I.D. No. 32-0357152 | Chapter 11<br><br>Case No. 20-22668 (SHL) |
| In re:<br><br>    Rosetti Handbags and Accessories, Ltd.,<br><br>                           Debtor.<br><br>Tax I.D. No. 20-5172905 | Chapter 11<br><br>Case No. 20-22669 (SHL) |
| In re:<br><br>    VZI Investment Corp.,<br><br>                           Debtor.<br><br>Tax I.D. No. 26-3295233 | Chapter 11<br><br>Case No. 20-22670 (SHL) |

## ORDER (A) DIRECTING JOINT ADMINISTRATION OF
## RELATED CHAPTER 11 CASES AND (B) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[1] of the Debtors for an order (this "Order") (a) directing joint administration of these cases for procedural purposes only, and (b) granting related relief, all as more fully set forth in the Motion; and upon consideration of the First Day Declarations; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of these cases and this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED to the extent set forth below.

2. Each of the above-captioned chapter 11 cases is consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 20-22637 (SHL).

3. The caption of the jointly administered cases shall read as follows:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>    Centric Brands Inc., *et al.*,[1]<br><br>                            Debtors. | Chapter 11<br><br>Case No. 20-22637 (SHL)<br><br>(Jointly Administered) |

       4.       The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

       5.       A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Centric Brands, Inc. to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Bankruptcy Rules directing the procedural consolidation and joint administration of the chapter 11 cases of Centric Brands, Inc. (8178); Added Extras LLC (5851); American Marketing Enterprises Inc. (9672); Briefly Stated Holdings, Inc. (9890); Briefly Stated Inc. (6765); Centric Bebe LLC (2263); Centric Brands Holding LLC (3107); DBG Holdings Subsidiary Inc. (4795); DBG Subsidiary Inc. (6315); DFBG Swims, LLC (8035): F&T Apparel LLC (9183); Centric Accessories Group LLC (3904); Centric Beauty LLC (8044); Centric Denim Retail LLC (1013); Centric Denim USA, LLC (9608); Centric Jewelry Inc. (6431); Centric Socks LLC (2887); Centric West LLC (3064); Centric-BCBG LLC (5700); Centric-BCBG Retail LLC (4915); HC Acquisition Holdings, Inc. (4381); Hudson Clothing, LLC (2491); Hudson Clothing Holdings, Inc. (4298); Innovo West Sales, Inc. (8471); KHQ Athletics LLC (7413); KHQ Investment LLC (0014); Lotta Luv Beauty LLC (0202); Marco Brunelli IP, LLC (0227); RG Parent LLC (4002); RGH Group LLC (9853); Robert

---

[1] The Debtors in these chapter 11 cases, for which joint administration has been requested, along with the last four digits of their federal tax identification numbers, are as follows: Centric Brands Inc. (8178); Added Extras LLC (5851); American Marketing Enterprises Inc. (9672); Briefly Stated Holdings, Inc. (9890); Briefly Stated Inc. (6765); Centric Bebe LLC (2263); Centric Brands Holding LLC (3107); DBG Holdings Subsidiary Inc. (4795); DBG Subsidiary Inc. (6315); DFBG Swims, LLC (8035): F&T Apparel LLC (9183); Centric Accessories Group LLC (3904); Centric Beauty LLC (8044); Centric Denim Retail LLC (1013); Centric Denim USA, LLC (9608); Centric Jewelry Inc. (6431); Centric Socks LLC (2887); Centric West LLC (3064); Centric-BCBG LLC (5700); Centric-BCBG Retail LLC (4915); HC Acquisition Holdings, Inc. (4381); Hudson Clothing, LLC (2491); Hudson Clothing Holdings, Inc. (4298); Innovo West Sales, Inc. (8471); KHQ Athletics LLC (7413); KHQ Investment LLC (0014); Lotta Luv Beauty LLC (0202); Marco Brunelli IP, LLC (0227); RG Parent LLC (4002); RGH Group LLC (9853); Robert Graham Designs, LLC (1207); Robert Graham Holdings, LLC (0213); Robert Graham Retail LLC (7152); Rosetti Handbags and Accessories, Ltd. (2905); and VZI Investment Corp. (5233).

Graham Designs, LLC (1207); Robert Graham Holdings, LLC (0213); Robert Graham Retail LLC (7152); Rosetti Handbags and Accessories, Ltd. (2905); and VZI Investment Corp. (5233). The docket in Case No. 20-22637 (SHL) should be consulted for all matters affecting this case.

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of New York shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. The Debtors may file their monthly operating reports required by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, issued by the U.S. Trustee, by consolidating the information required for each Debtor in one report that tracks and breaks out all of the specific information (e.g., receipts, disbursements, etc.) on a debtor-by-debtor basis in each monthly operating report.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

9. The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

10. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: May 20, 2020
New York, New York

>  */s/ Sean H. Lane*
>  THE HONORABLE SEAN H. LANE
>  UNITED STATES BANKRUPTCY JUDGE